UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Sonji A. BlackBear )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )   Case No. 23-CV-5049
 ) (To be assigned by
vs. Heidi Lingren ) Clerk of District Court)
State Department of Social Services. )
Jennifer Odegard )
Shawndai Standing Cloud )
Misty McClaster )
Mike Von Savage )
(Enter the full name of ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties. Merely listing one party and "et al." is )
insufficient. Please attach additional sheets if )
necessary.) )

COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

First Amendment - I wasn't allowed to speak at my court hearing 2-10-23 I was threatened by Judge to be charged with perjury if I took the stand in my defence.
14 amendment - freedom to raise my grandchildren and to see and visit them, freedom to have a fair and unbiased hearing, life - unreasonable intrusion, 4 amendment - the children were taken without a warrant, illegal seizure

Case No's A-22-357
1   A22-260

DSD 12-12

II.  Plaintiff, Sonji A. Black Bear resides at

612 Farlow
(street address)
Rapid City, Pennington,
(city)            (county)
South Dakota, 57701, 605-593-2472
(state)      (zip)    (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III.  Defendant, Dept of Social Services resides at, or its business is located at

221 Mall Dr
(street address)
Rapid City, Pennington,
(city)            (county)
South Dakota, 57701, 605-964-2525
(state)      (zip)    (telephone number)

(If more than one defendant, provide the same information for each defendant below)
Jennifer Odegard - 221 Mall Dr RC, SD - 57701
605-394-2525
Shawndai Standing Cloud 221 Mall Dr
RC, SD - 57701 - 605-394-2525
Misty McClaster, 221 Mall Dr
RC, SD, 57701  605-394-2525
Mike Von Savoye 221 Mall Dr
RC, SD - 57701  605-394-2525
Heidi Lingrenn   Unknown

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Jennifer Odegard (case worker) placed my grandchildren age 14 (twins) and a 12 yr old in Aberdeen SD, I told her what the kids were telling me at visits, but she failed to communicate w/ the girls. a picture was sent to a cousin of one of the girls in bed w/ a boy which was concerning, I asked that they be moved back to RC, She said the foster mother was teaching Sex ed, like it was taught in school, these children ran from DSS placement and revealed to me in a video the foster mother was encourging sex and brought boys to and from her house to engage in Sexual activity in her home. 2-10-23 my visits were terminated.

Shawndai Standing Cloud (supervisor) leaving the twins in Aberdeen were staffed with Shawndai SC, She ignored a complaint regarding Jennifer O, I had written of a intimadation incident that She was involved in where Jennifer stood in front of me as I walked by and told her to stop. but denied it happened.

V. Relief (State briefly and exactly what you want the Court to do for you.)

the State of Social Services has never made reasonabe efforts to return my grandchildren, I want my grandchildren returned to me and the State Dept of Social Services Child Protection to leave us alone. Jeff Jennifer Odegard (caseworker) Shawndai Standing Cloud (Supervisor) Misty McClaston (Regional Supervisor) Mike Von Sayoue (DSS Investigator) from making any dissions regarding children the severity of the handeling of my grandchildren is life changing

3

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [ ✓ ]           NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

What price can one put on children's innocence and the life long effects. that such regard to human, that will leave broken adults.
20 million

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ✓ ]           NO [ ]

VIII. Are you requesting a Jury Trial?

YES [ ✓ ]           NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of July, 2023

Sonji Black Bear

Signature of Plaintiff[s]

4

DSD 12-12

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff  Pennington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Pennington
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [✓] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [✓] 1 | [✓] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | [✓] 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | [✓] 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [✓] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
1st, 4th, 14th Amendment

Brief description of cause:
Due Processes, Illegal seizure, freedom to parent, fair hearing

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____    DOCKET NUMBER _____

DATE                                SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____