United States
District Court of
South Dakota

5:23-cv- 05049 RAL

Sonji BlackBear    (Plaintiff)
- v-
(Defendants )
Heidi Linngren
South Dakota Department of Social Services
Jennifer Odegard
Shawndai Standing Cloud
Mike Von Savoye

Robert B. Anderson
( attorney for Heidi Linngren)
503 South Pierre Street
P.O Box160
Pierre, South Dakota 57501

I am filling a Default Judgment against Defendant Heidi Linngren through her attorney Robert B Anderson who did not respond in a timely manner.
Writ of review filed by Sonji BlackBear Sept 6,2024
Sept 27 th would be the 21st day for a response .

Sonji BlackBear
Sept 30 2024.

Sonji Black Bear
9-30-24



State of SD County of Penn
The foregoing instrument was acknowledged before me this 30 day of Sept ,20 24.
by Sonji Black Bear
Jen Michaelson  Notary Public
My Commission Expires Nov 24, 2027