UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SONJI A. BLACK BEAR,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI LINGREN, STATE DEPARTMENT OF SOCIAL SERVICES, JENNIFER ODEGARD, SHAWNDAI STANDING CLOUD, MIKE VON SAVOYE,<br><br>Defendants. | 5:23-CV-05049-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Granting Motion to Dismiss and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 24th day of February, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE