# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1477

_____

Sonji A. Black Bear

Plaintiff - Appellant

v.

Heidi L. Linngren; State Department of Social Services; Jennifer Odegard; Shawndai Standing Cloud; Misty McClaster; Mike Von Savoye; Roxie Erickson; Ilisja Duffy; Paula Pederson; Betsey Harris

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Western
(5:23-cv-05049-RAL)

_____

## JUDGMENT

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 29, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler